IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-23-145 |
| | * | |
| ISIDORE I. IWUAGWU | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| ****** | | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Court for an order to seal the additional Victim Impact Statement received on April 9, 2024 (the "Proposed Sealed Document"). In support of this Motion, the Government states as follows:

1. The documents contain confidential and personal information of a victim.

2. No reasonable alternatives to sealing are available.

WHEREFORE, the Government respectfully requests that the Proposed Sealed Document be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

_____/s/_____
Coreen Mao
Assistant United States Attorney