UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) <br> ) <br> ) <br> **v.**   ) <br> ) <br> **ISIDORE IWUAGWU.**   ) <br> ) | Case No. 8:23cr145-DLB |

**MOTION FOR RECOMMENDED BUREAU OF PRISONS DESIGNATION**

Isidore Iwuagwu, through counsel, respectfully asks this Court to recommend designation at FCI Petersburg in connection with the sentence imposed on April 11, 2024. The location of this facility would allow Mr. Iwuagwu to receive visits from his family during the remaining period of his incarceration.

Should the Court grand this request, Mr. Iwuagwu respectfully asks that this Court's Judgment and Commitment Order reflect the foregoing recommendation.

Undersigned counsel reached out to the government on the morning of April 12, 2024 to determine whether there is any objection to this request, but the government has not yet responded.

Respectfully Submitted,
By: /s/ *Eugene V. Gorokhov*
Eugene Gorokhov, D. Md. Bar. 07233
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
 (202) 386-6920 (phone)
 (202) 765-2173 (fax)
eugene@burnhamgorokhov.com