IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 8:23-cr-00145-DLB |
| | ) |
| ISIDORE I. IWUAGWU, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO TRAVEL**

**COMES NOW** the Defendant, Isidore Iwuagwu, by counsel, and respectfully moves the Court to allow him to travel to Lagos, Nigeria, during the upcoming holidays in order to be with his family during the holidays and attend a memorial service for a close family member.

In support of this Motion, Mr. Iwuagwu states the following:

1. On May 23, 2023, Mr. Iwuagwu pleaded guilty to one count of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1959(h). (ECF Dkt. 32) He was subsequently sentenced to 33 months imprisonment on April 11, 2024. (ECF Dkt. 61, at 2)

2. Based on the credit for time-served and his exemplary behavior while incarcerated, Mr. Iwuagwu was released to a halfway house on September 5, 2024, and to home confinement on November 4, 2024. As during his incarceration, Mr. Iwuagwu has been a model citizen while on Supervised Release, and has been compliant with all conditions of his release. This includes adopting a payment plan with the Probation Office that begins in January, 2025.

3. Mr. Iwuagwu was born into a close, religious nuclear family, and has greatly benefitted from their support and love during the course of these proceedings, his incarceration, and since his release. The upcoming holiday season represents a particularly important time in Mr. Iwuagwu's family, not only because of the religious traditions they celebrate, but also because of

his return to his family. Mr. Iwuagwu and his family are members of the Igbo Tribe, which celebrates Christmas – which they call Erigwara – in January.

4. Mr. Iwuagwu also seeks permission to travel to attend the memorial for a paternal uncle who has been a father-figure to him virtually his entire life. Mr. Iwuagwu was raised partly by his paternal uncle, Julian Iwuagwu Opara, who passed away on November 13, 2022. Mr. Iwuagwu's extended family in Lagos, Nigeria, is planning a memorial service for Mr. Iwuagwu Opara based on the defendant's availability. Mr. Iwuagwu's uncle was a surrogate father to him.

5. Although it does not appear to be as an explicit condition of his Supervised Release, (ECF Dkt. 61), Mr. Iwuagwu has been advised by his probation officer that prior court permission is required as a condition for leaving the United States.

6. To that end, Mr. Iwuagwu requests Court authorization to travel to his country of origin, Nigeria, from January 15, 2025, to January 29, 2025, or a similar time period dictated by the Court, in order to be with his parents and extended family, and to attend his uncle's memorial service. The proposed time frame will occur after Mr. Iwuagwu had completed 60 days of supervised release. Mr. Iwuagwu can provide the address of where he will stay in Lagos, Nigeria, who he will reside with, and any other condition imposed by this Court as a requirement of granting authorized travel. Further, all travel costs will be born by Mr. Iwuagwu's family members so as not to interfere with his obligation to pay restitution.

7. Mr. Iwuagwu's Probation Officer, Elissa De Souza, indicated she does not recommend granting this motion on the grounds that Mr. Iwuagwu's "focus should be on fulfilling his financial obligations and continuing his treatment and supervision." Counsel for the Government has advised counsel that it would take no position regarding the requested travel as long as the following conditions are imposed by the Court: (1) all travel shall be completed within

two weeks; (2) the defendant is prohibited from accessing any Nigeria-based financial accounts while he is abroad; (3) the defendant shall not associate with any Nigeria-based individuals who were part of the offense; and (4) the defendant shall not engage in any business-related activities, whether for or not-for-profit while abroad.

WHEREFORE, for the foregoing reasons, Mr. Iwuagwu respectfully requests that this Court grant his request to travel to Lagos Nigeria, during the months of January and February, 2025, in order to celebrate the holidays with his immediate and extended family.

Dated this the 20th day of December, 2024.

> Respectfully submitted,
> Isidore I. Iwuagwu
> By Counsel

*/s/ Joseph T. Flood*
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A Fairfax, VA  22030
(703) 691-8410
(703) 991-7413 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court via CM/ECF and thereby served counsel for the United States on the date of filing.

Respectfully submitted,

Isidore I Iwuagwu

By: */s/ Joseph T. Flood*
Joseph T. Flood
Counsel for Mr. Iwuagwu